# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Rice Services, Inc. ) ASBCA No. 60670
)
Under Contract No. FA9301-11-D-0002 )

APPEARANCES FOR THE APPELLANT: William R. Purdy, Esq.
Aron C. Beezley, Esq.
Bradley Arant Boult Cummings LLP
Jackson, MS

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Jason R. Smith, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 March 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60670, Appeal of Rice Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals